

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00585-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 8:58:20 AM
CHRISTOPHER A. PRINE
Clerk

June 30, 2015

ALLEN C. ISBELL
ATTORNEY OF RECORD
2016 MAIN, SUITE 110
HOUSTON, TX 77002

Defendant's Name: AMBER RAE THORNTON

Cause No: 1344347

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/25/15
**Sentence Imposed Date:** 6/10/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** ALLEN C. ISBELL

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

JILL HAMBY (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. 1344347

**THE STATE OF TEXAS**

v.

Amber Thorton

ʰ **District Court / County Criminal Court at Law No. _____**

**Harris County, Texas**

**NOTICE OF APPEAL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _June 23, 2015_ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

**The undersigned attorney (check appropriate box):**

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

_6/23/15_
**Date**

_Amber Thorton_
**Defendant (Printed name)**

_Charles Brown_
**Attorney (Signature)**

_Charles Brown_
**Attorney (Printed name)**

**State Bar Number** _____

**Address** _____

**Telephone Number** _____

**FILED**
Chris Daniel
District Clerk

JUN 25 2015

Time:_____
Harris County, Texas

By_____
Deputy

**The defendant (check all that apply):**

☐ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

_Amber Thorton_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ **JUN 25 2015**

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___JUN 2 5 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

- ☐ **IS NOT** indigent at this time.

- ☐ **IS** indigent for the purpose of

    - ☐ employing counsel

    - ☐ paying for a clerk's and court reporter's record.

    - ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

- ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

- ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

- ☐ Defendant's / appellant's motion is **GRANTED** and
    - ☑ ___ALLEN ISBELL___ (attorney's name & bar card number)
    /is **APPOINTED** to represent defendant / appellant on appeal.

- ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

- ☐ SET at $ _____

- ☐ TO CONTINUE as presently set.

- ☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___JUN 2 5 2015___

_Stacy W. Bond_

JUDGE PRESIDING,
**338** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW No. ___,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1344347_

THE STATE OF TEXAS

VS.

_Amber Thorton_

TO THE HONORABLE JUDGE OF SAID COURT:

OFFENSE: _Agg robbery / capital murder_

_338_ DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

**FILED**
Chris Daniel
District Clerk
JUN 23 2015
Time: _____
By _____

NOW COMES _Amber Thorton_ , defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

X _Amber_

DEFENDANT

SUBSCRIBED AND SWORN to before me, this _23_ day of _June_ A.D., 20 _15_ .

DEPUTY DISTRICT CLERK
_338_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _6-23-15_ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that _Allen Isbell_ is appointed to represent defendant/appellant on appeal.

☐ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _Jill Hornsby_ , by certified mail return receipt requested.

JUDGE PRESIDING
_338_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Allen C. Isbell_ , Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_Allen C. Isbell_
ATTORNEY (SIGNATURE)

_2016 Main #110_
ADDRESS

_713 236 1000_
PHONE

_AllenisbellC sbcglobal.net_
EMAIL ADDRESS

_1043/500_
BAR/SPN NUMBER

_Houston_  _TX 77002_
CITY          STATE          ZIP

_713 236 1809_
FAX NUMBER

_22/996_

SWORN TO AND SUBSCRIBED BEFORE ME ON _June 23, 2015_ .

DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK



**Cause No.** 134347



THE STATE OF TEXAS

v.

Amber Thurston , Defendant

IN THE 338 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☑ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

Judge

Date Signed  June 25, 2015   Time: _____

**FILED**
Chris Daniel
District Clerk

JUN 25 2015

Harris County, Texas
By_____
Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Defendant

Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 0341400

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

1 St.

# APPEAL CARD

8-9-15

358th
Court
~~1344347~~

Cause No.
1344397

## The State of Texas
Vs
THORNTON, Amber Rae

6-10-15

Date Notice
Of Appeal: ▆ 6-25-2015

Presentation:          Vol.____ Pg.____

Judgment:             Vol.____ Pg.____

Judge Presiding  Brock T Homes
Court Reporter  Jill Hamby
Court Reporter _____
Court Reporter _____

Attorney
on Trail  Charles Brown

Attorney
on Appeal  ISBELL, ALLEN

Appointed ___/___ Hired _____

Offense  AGG Robbery S-B-I-

Jury Trail:       Yes _____   No  /

Punishment
Assessed  50 years TDC

Companion Cases
(If Known)  1344348

Amount of
Appeal Bond  Ø

Appellant
Confined:       Yes  /  No _____

22/997

Date Submitted
To Appeal Section  JUN 2 6 2015

Deputy Clerk  D.O.

Notice of Appeal Card Rev. 9/84